UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

IN RE                                                          CASE NO.  25-10741
VAL ALEXANDER MURRELL                                          CHAPTER 7
     DEBTOR

<u>REPORT OF SALE AT ONLINE INTERNET AUCTION</u>

TO THE HONORABLE CLERK, UNITED STATES BANKRUPTCY COURT:

     NOW COMES, comes John W. Luster, the duly qualified and acting Trustee herein, who with respect shows:

1.

     On August 26, 2025,  notice was given by the Trustee of his intent to sell boats, motors and trailers at an online only internet auction. Said auction was held on October 2, 2025,  conducted by Lawler Auction Company, 4813 Hazel Jones Road, Bossier City, Louisiana 71111.

2.

     That said Online Only Internet Auction Sale was conducted with assistance.  The movables sold for $26,752.00.  See attached sales report from Lawler Auction Company.

3.

     That all parties in interest had an opportunity for objection and hearing on said sale.

4.

     The Trustee requests that this report be filed in and made a part of the records of the above captioned case.

     Signed at Natchitoches, Louisiana, this 16th day of October, 2025.

                /s/ John W. Luster
                JOHN W. LUSTER, TRUSTEE
                1120 Williams Avenue
                Post Office Box 488
                Natchitoches, LA  71458-0488
                Telephone: (318) 352-3602
                Facsimile: (318) 352-3608
                E-mail: luster_j@bellsouth.net





**Consignor Info**
JOHN LUSTER
John Luster, Bankruptcy
Trustee
P O BOX 488
Natchitoches, Louisiana
71458
United States
**Make:**
**Model:**
**VIN:**
**Year:**
**Mileage:**

**From**
Lawler Auction Company
4813 Hazel Jones Road
Bossier City, Louisiana
71111

**U. S. Bankruptcy Court &**
**Open Consignment Vehicle**
**& Equipment & Open**
**Consignment Auction**
**10-2-2025**
**Statement #:** 486-LUSTERJ-1
**Consignor:** LUSTERJ
**Date:** 10/2/2025

| | Lot #<br>Ctrl # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
| | 1<br>30645 | **2015 SEA RAY 22' 6" PLEASURE BOAT**<br>**Mileage:**<br>HULL ID SERV 1775J415 MOTOR: MERCURY<br>MERCRUISER BRAVO THREE ID: 2A313336<br>BOAT TRAILER: 2014 MIDWEST VIN:<br>1MDASAY26FA563909 | Randy<br>Wilson | $17,300.00 | $1,731.73<br>10.01% | $15,568.27 |
| | 2<br>30809 | **2020 EAST TEXAS TRAILERS 20' East**<br>**Texas Trailers 58SBU202XLE016658**<br>**Mileage:**<br>20' x 83" | Corey<br>Clay | $1,625.00 | $162.50<br>10% | $1,462.50 |
| | 3<br>30813 | **2013 TRACKER / TRACKER MARINE 17'**<br>**ALUM BOAT Mileage:**<br>BASS TRACKER PRO TEAM 175 TXW / HIN#<br>BUJ22077C313 MERCRY MARINE 60HP<br>MODEL# 1A60413BZ / SERIAL 1C209784<br>TRACKER MARINE L.P TRAILER/ TYPE<br>PRO-175 VIN# 4TM12DE10DB003447 | Stephen<br>Plunkett | $7,827.00 | $782.70<br>10% | $7,044.30 |
| **Totals** | | | | $26,752.00 | $2,676.93 | $24,075.07 |

**Payments**

Check #5980 **(10/7/2025)** $24,075.07

| | |
|---|---|
| Subtotal: | $24,075.07 |
| Expenses: | $0.00 |
| **Statement Total:** | **$24,075.07** |
| Payments: | $24,075.07 |
| Balance: | $0.00 |